Steven L. Taggart, ISB No. 8551
MAYNES TAGGART PLLC
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email: staggart101@gmail.com

*Debtor's counsel*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 14-40476 JDP |
|---|---|
| RAFTER ELEVEN, LLC | Chapter 11 |
| Debtor. | |

**APPLICATION FOR COMPENSATION**
**11 USC § 331**

Applicant, Steven L. Taggart of Maynes Taggart, PLLC respectfully represents:

1.   This Application is made pursuant to 11 USC § 331 and Federal Rule of Bankruptcy Procedure 2016.

2.   The Debtor's petition was filed on May 1, 2014. Pursuant to an Employment Application filed and served on May 16, 2014 (Dkt. No. 16), Steven L. Taggart of Maynes Taggart, PLLC has acted as attorney for Debtor in the above-entitled proceedings, having been employed as such under authority of an Order of this Court, entered June 23, 2014 (Dkt. No. 29).

3.   On December 11, 2014, Debtor's counsel, Steven, L. Taggart, filed a Motion to Withdraw as Counsel for Rafter Eleven, LLC (Dkt. No. 57) and the Court entered an Order Approving Motion to Withdraw as Counsel for Rafter Eleven, LLC on January 15, 2015 (Dkt. No. 68).

4. An affidavit of services rendered, time expended, expenses incurred, and the amounts requested for such professional services is submitted in support of this application.

5. The hourly rate charged by Robert J. Maynes is $200.00 per hour, $170.00 per hour for Steven L. Taggart, and $75.00 for office staff in this case. Maynes Taggart, PLLC requests the total amount of $11,834.99 ($12,419.00 in fees and $415.99 in expenses minus a courtesy discount of $1,000.00) for such services.

6. Maynes Taggart PLLC's fees constitute reasonable compensation for actual and necessary services rendered and the expenses for which reimbursement is sought constitute actual necessary expenses.

7. No compensation has been received for such post-petition services.

8. Maynes Taggart, PLLC represents no interest adverse to that of the Debtor. No agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in or in connection with the case.

9. This application includes services rendered from May 16, 2014 through January 15, 2015.

10. Maynes Taggart, PLLC currently holds $3,238.50 in trust from Rafter Eleven, LLC and would request permission from the Court to immediately apply that sum towards the fees approved with the remainder paid through the terms of the confirmed Plan.

APPLICATION FOR COMPENSATION - 2

WHEREFORE, Debtor's counsel, Steven L. Taggart of Maynes Taggart PLLC, requests that the firm be allowed the sum of $11,834.99, or such amount as the Court shall deem reasonable and just, and payable pursuant to the Plan as part of the administration of the estate

DATED:    May 5, 2015

/s/ Steven L. Taggart
STEVEN L. TAGGART

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 5, 2015, I filed a copy of the attached APPLICATION FOR COMPENSATION with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Brent T. Robinson  btr@idlawfrim.com, cb@idlawfirm.com

Jared M. Harris  jharris@bakerharrislaw.com, bcmack@bakerharrislaw.com;jlgallegos@bakerharrislaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

And as otherwise noted on the Notice of Electronic Filing.
And as otherwise noted on the Notice of Electronic Filing.

                DATE: May 5, 2015

                */s/ Brenda Green*
                BRENDA GREEN